# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD DENNIS FERLINGERE,
Appellant,
vs.
MA IMEE BURKHOLDER,
Respondent.

No. 70046



FILED

APR 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying an "Object to Order of Dismissal." Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an "object to order of dismissal." Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-10298

cc: Hon. Lidia Stiglich, District Judge
Ronald Dennis Ferlingere
Ma Imee Burkholder
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A